UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| In re:  Donte Ramone Davis<br>Amalie Minita Davis<br>Debtors | CHAPTER 13<br><br>CASE NO.  23-50480 |
|---|---|

## OBJECTION TO CLAIM(S)

The undersigned movant objects to the following claims for the reasons stated:

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT | OBJECTIONS |
|---|---|---|---|
| 14 | Wells Fargo Bank, N.A.<br>P.O. Box 10438<br>MAC-F8235-02F<br>Des Moines, IA<br>50306-0438<br><br>Wells Fargo Bank, N.A.<br>C/O Corporation Service Compnay<br>100 Shocke Slip, Fl 2<br>Richmond, VA<br>23219-4100 | $2,471.72 | Debtors object to the allowance of the secured status of the claim. Wells Fargo Bank, N.A. did not file a required UCC-1 financing statement to place a lien on the installed water heater.<br><br>Therefore, Debtors ask that this claim be disallowed as a secured claim and allowed as an unsecured claim. |

WHEREFORE, the undersigned prays that the Court, after notice and an opportunity for hearing, sustain the objection(s) or make other determination as is appropriate.

DATED: 12/05/2023                                    /s/David E. Wright
                                                     900 Lakeside Drive, Lynchburg, VA 24501

---

I hereby certify that I have served on the claimant by first-class mail to the person most recently designated on the claimant's original or amended proof of claim as the person to receive notices, at the address so indicated; and (i) if the objection is to a claim of the United States, or any of its officers or agencies, in the manner provided for service of a summons and complaint by Rule 7004(b)(4) or (5); or (ii) if the objection is to a claim of an insured depository institution, in the manner provide by Rule 7004(h).

DATED: 12/05/2023                                    /s/David E. Wright
                                                          Movant

Clerk, U.S. Bankruptcy Court
1101 Court St., Room 166, Lynchburg, VA  24504
(434) 845-0317

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:  Donte Ramone Davis
        Amalie Minita Davis
        Debtor

**CHAPTER 13**
**Case No. 23-50480**

## NOTICE OF OBJECTION TO CLAIM

**Donte Ramone Davis and Amalie Minita Davis** have filed an objection to your claim in this bankruptcy case.

<u>**Your claim may be reduced, modified, or eliminated**</u>. **You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before 01/10/2024, you or your lawyer must:

File with the court a written response to the objection, explaining your position, at:

    1101 Court Street
    Lynchburg VA 24504

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also send a copy to David E. Wright, Cox Law Group, PLLC, 900 Lakeside Drive, Lynchburg VA 24501.

Attend the hearing on the objection by video, scheduled to be held on January 11, 2024 at 9:30 am by ZOOM.  **MEETING ID 1603692643** and **URL** address <u>https://vawb-uscourts-gov.zoomgov.com/j/1603692643</u>

Parties shall not appear in person. Please check the Court's website for information on how to attend.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

**Failure to file a response** on or before the date stated above may result in the Court treating the Objection as uncontested, entering an order granting the Objection prior to the hearing and cancelling the hearing.

Date: 12/05/2023

Prepared by:
/s/ David E. Wright
David E. Wright, Counsel for Debtor
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
dave@coxlawgroup.com
434-845-2600